IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00175-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHUAN LEBLEU BRYANT,

    Defendant.

## ORDER

This matter is before the Court on Defendant's "Letter" Motion for Early Termination of Supervised Release (Doc. # 2).  Neither the Government nor Probation object.   Probation notes that Defendant "took his probation requirements very seriously upon starting supervision and has satisfied all special conditions of release." (Doc. # 6)

The Court notes that Defendant has reintegrated well into his community, operates his own small business, and lives in stable housing with his family. The Court commends Defendant on his progress and commitment to turning his life around. The Court is satisfied that early termination is warranted by his conduct and the interest of justice. 18 U.S.C. § 3583(e)(1). Accordingly, it is

ORDERED that Defendant Bryant's "Letter" Motion for Early Termination of

Supervised Release is GRANTED and that Defendant Bryant is DISCHARGED from supervised release.

DATED: May 24, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge